# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139759(64)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

                                        SC: 139759
                                        COA: 280521
                                        Kalamazoo CC: 06-002439-FH

CHARLENE MAY RATLIFF,
            Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's December 21, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

_____
Clerk

d0322